IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROGER REEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07CV616-MHT |
| | ) | |
| DSI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This action is presently before the court on plaintiff's motion for appointment of counsel, included within his complaint. "A Title VII plaintiff has no automatic right to appointed counsel." Hunter v. Department of the Air Force, 846 F.2d 1314 (11th Cir. 1988). In deciding whether to appoint counsel, the court considers: (1) the merits of plaintiff's claim, (2) the plaintiff's efforts to obtain counsel, (3) the plaintiff's financial ability to retain counsel, and (4) the ability of the complainant to understand the relevant substantive and procedural issues. Luna v. International Association of Machinists and Aerospace Workers Local # 36, 614 F.2d 529 (5th Cir. 1980); Hunter, 846 F.2d at 1317.

Accordingly, it is

ORDERED that plaintiff is DIRECTED to file, on or before July 24, 2007, a written statement detailing his efforts to obtain counsel in this case, including the names of the attorneys he has contacted and the dates of those contacts.

DONE, this 16th day of July, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE