| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Connie Looser* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) *Connie Looser*  C. Date of Delivery *7-16-07* |
| 1. Article Addressed to:<br><br>Leura G. Canary<br>United States Attorney<br>One Court Square, Suite 201<br>Montgomery, AL 36104 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>1:07CV616-MHT<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1160 0001 2556 6797 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540