**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   DSI
   600 West Adam Street
   Dothan, AL 36303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Susan Morris_          ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   Susan Morris                     7/16/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

   07cv616-MHT

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7005 1160 0001 2556 6827

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540