Case 1:07-cv-00616-MHT-SRW    Document    Filed    Page 1 of 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   EEOC
   c/o Delner Franklin-Thomas
   Ridge Park Place
   1130 22nd Street South
   Suite 2000
   Birmingham, AL 35205

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Carolyn Furman
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): CAROLYN FURMAN
C. Date of Delivery: 7-16-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   1:07CV616-MHT

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):
   7005 1160 0001 2556 6780

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540