IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROGER REEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07CV616-MHT |
| | ) | |
| DSI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This action is presently before the court on plaintiff's motion for appointment of counsel, included within his complaint. "A Title VII plaintiff has no automatic right to appointed counsel." Hunter v. Department of the Air Force, 846 F.2d 1314 (11th Cir. 1988). In deciding whether to appoint counsel, the court considers: (1) the merits of plaintiff's claim, (2) the plaintiff's efforts to obtain counsel, (3) the plaintiff's financial ability to retain counsel, and (4) the ability of the complainant to understand the relevant substantive and procedural issues. Luna v. International Association of Machinists and Aerospace Workers Local # 36, 614 F.2d 529 (5th Cir. 1980); Hunter, 846 F.2d at 1317.

By order entered July 16, 2007, the court directed plaintiff to file, on or before July 24, 2007, a written statement detailing his efforts to obtain counsel in this case, including the names of the attorneys he has contacted and the dates of those contacts. Plaintiff has failed to file the required statement.

The court has considered the factors set forth above in view of the allegations of the

complaint, plaintiff's motion to proceed *in forma pauperis,* and plaintiff's failure to provide the court with evidence that he has sought to obtain counsel. It appears from the allegations of the complaint that plaintiff is able to communicate the facts relevant to his claims and to understand the legal issues involved in this case. Upon consideration of the motion for appointment of counsel, it is

    ORDERED that the motion is DENIED.

    DONE, this 31st day of July, 2007.

                                     /s/ Susan Russ Walker
                                      SUSAN RUSS WALKER
                                      UNITED STATES MAGISTRATE JUDGE