B-12 Chatt. Court
Eufaula, ALA
7/20/2006

Office of The Clerk
P.O. Box 711
Montgomery, AL.

Dear Sirs:

I have sought attorneys from my "Home Areas" and in and out of State. I have used the Lawyer Referral Service to no avail. I have used the internet also and have not been able to find an Attorney. I am listing a few of the Attornies I have contacted and most of these have provided return paper work stating they were not able to take my case. I am providing a few samples.

Yours Truly,
Roger Reeves

Penn & Seaborn
5 Court Street
Clayton, AL
334-775-9778
6/6/2007

Benefield, Karen
115 W. Broad St.
Eufaula, ALA
334-688-0221
1/19/07

Walter B. Calton
312 E. Broad St.
Eufaula, ALA.
334-687-2407
4/20/2007

Thomas F. Kelly JR
17 Court Square
Clayton, AL
334-775-8009
12/11/2006

Will Barfoot
334-834-3444
12/20/06

Joe Burkhart
334-262-4800
12/18/2006

Geradine Hodge
c/o Zachary Collins
866-310-9225
6/6/2007

Thomas, Means, Gills, Seay,
+ Sam Fisher
205-251-3000
6/2006 – 12/2007

Capell & Howard
150 South Perry St
P.O. Box 2069
Montgomery, AL
334-241-8000
5/11/2007

MARK Sabel
6/06 - 12/06
334-271-2770

JOHN F. ROBERTSON
1 NERN ST.
CLAYTON, AL
334-775-9960
6/13/2007

JIMMY JACOB
334-265-1788
6/06 - 12/06

# CAPELL & HOWARD P.C.
### ATTORNEYS AT LAW

FRANK H. McFADDEN
JOHN F. ANDREWS
WILLIAM D. COLEMAN
WILLIAM K. MARTIN
GEORGE L. BECK, JR.
BRUCE J. DOWNEY III
HENRY C. BARNETT, JR.
K. PALMER SMITH
ROBERT T. MEADOWS III
HENRY H. HUTCHINSON
SHAPARD D. ASHLEY
D. KYLE JOHNSON
ROBERT F. NORTHCUTT

J. LISTER HUBBARD
JAMES N. WALTER, JR.
JAMES H. McLEMORE
CONSTANCE SMITH BARKER
THOMAS M. EDEN III
W. HOLT SPEIR III
CHRISTOPHER W. WELLER
DEBRA DEAMES SPAIN
C. CLAY TORBERT III
R. BROOKE LAWSON III
J. SCOTT PIERCE
ROBERT D. RIVES
RICHARD H. ALLEN

M. COURTNEY WILLIAMS
LEE M. RUSSELL, JR.
CHAD W. BRYAN
MICHAEL P. DALTON
CATY HOUSTON RICHARDSON
ARDEN REED PATHAK
TODD H. COX
TERRIE SCOTT BIGGS

OF COUNSEL:
JAMES M. SCOTT
THOMAS S. LAWSON, JR.

May 11, 2007

Roger Reeves
B-12 Chattahoochee Court
Eufaula, AL  36027

RE: *Legal Representation*
*Our Ref.:*    99999-199.004

Dear Mr. Reeves:

This firm is not in a position to represent you in connection with the dispute against your employer. We have a conflict of interest. We are in no way passing judgment on the merits of your claim. We warn you that you have 90 days from the date of the Right to Sue letter to file suit or your remedies will be barred. Please consult an attorney immediately. We regret that we are not able to be of service to you.

Sincerely,

CAPELL & HOWARD, P.C.

*Terrie S. Biggs*

Terrie S. Biggs
Constance S. Barker

TSB/mm

1090511

MONTGOMERY • OPELIKA / AUBURN

150 SOUTH PERRY STREET (36104), POST OFFICE BOX 2069, MONTGOMERY, ALABAMA 36102-2069
334 241 8000 *tel*   334 323 8888 *fax*   www.capellhoward.com

# Penn & Seaborn, L.L.C.

Myron C. Penn

Attorneys at Law

L. Shane Seaborn

5 Court Square
Post Office Box 688
Clayton, Alabama 36016
(334) 775-9778
Fax (334) 775-9779

212 Prairie Street North, 2nd Floor
Post Office Box 5335
Union Springs, Alabama 36089
(334) 738-4486  Fax (334) 738-4432

June 6, 2007

Roger Reeves
B12 Chatahoochee Court
Eufaula, Alabama 36027

RE:  Your Potential EEOC Claim

Dear Mr. Reeves:

Thank you for allowing me the opportunity to review your potential claim. I regret to inform you that I will be unable to assist you with this matter and have closed my file.

Be advised that there is a statute of limitations to your case. Therefore, you must take action on your claims within the period prescribed by the statute of limitations. If you fail to take action within that period, you may be barred thereafter from bringing any legal action based on these facts. Consequently, it is important that you contact another attorney immediately if you intend to pursue this matter.

Again, thank you for allowing me to review this potential claim for you. If I may be of any assistance to you in the future, please feel free to contact me.

Sincerely,

PENN & SEABORN, L.L.C.

Will Partin

JWP/tsd

**JOHN F. ROBERTSON**
ATTORNEY AT LAW, L.L.C.
A.B. ROBERTSON, JR. BUILDING
1 NERN STREET
CLAYTON, ALABAMA 36016

MAILING ADDRESS
POST OFFICE BOX 218
CLAYTON, ALABAMA 36016

TELEPHONE
334-775-9900
FACSIMILE
334-775-9901
email:
robertson33@bellsouth.net

June 13, 2007

Mr. Roger Reeves
B-12 Chattahoochee Court
Eufaula, Alabama 36027

    **Re: Employment matter with DSI Security Services**

Dear Mr. Reeves:

    This is to confirm the phone call of approximately a week ago from my office regarding my inability to represent you with your potential claim. After speaking with the attorney in Birmingham, I was advised of the following concerning your claim:

1) That "hostile work environment" cases are VERY hard to win as everyone is free to seek employment elsewhere.
2) That since you are still employed, that you probably don't have damages sufficient to economically justify filing a lawsuit.
3) That normally, if there is a good claim for damages, this attorney prefers to file the EEOC complaint himself.

    Please don't construe these factors as an indication that your claims don't have merit regarding the issues of discrimination, poor salary history, and other derogatory treatment concerning you and/or your religious beliefs. This particular attorney just doesn't feel that he can justify filing this case from an economic standpoint considering the likelihood of a good recovery.
    In the event that you continue to pursue this claim with another attorney, please do so in a timely manner as failure to file by a certain date could jeopardize any future recovery.
    I appreciate you allowing me to look into this for you and if I can help you with other matters, please do not hesitate to give me a call.
    With best regards, I am

                                    Sincerely,

                                    John F. Robertson

JFR/rmp

Rosi Reeves
Box 2 CHATT. Court
Eufaula, ALA. 36027

Office of The Clerk
United STATES District Court
P. O. Box 711
Montgomery, AL 36101-0711




U.S. POSTAGE
PAID
EUFAULA, AL
36027
JUL 20, 07
AMOUNT
$0.58
00098383-03