IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROGER REEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07CV616-MHT |
| | ) | (WO) |
| DSI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On July 31, 2007, this court entered an order denying plaintiff's motion for appointment of counsel. In doing so, the court relied in part on plaintiff's failure to comply with a previous order of the court directing plaintiff to file a statement regarding his attempts to secure representation. Thereafter, plaintiff contacted the clerk and stated that he had, in fact, filed the required response. The Clerk's investigation revealed that plaintiff's response was addressed to the clerk in letter form, and did not bear a case number or any indication that it related to an action pending in this court. Thus, it was not docketed in this case. Plaintiff is advised that any document he wishes to file in this case must include the case number, prominently displayed on the front page. Any documents not so identified will not be considered by the court.

The court has now reviewed plaintiff's response. It appears that plaintiff has diligently sought to retain an attorney. However, upon consideration of the allegations of the complaint, the court remains convinced that the motion for appointment of counsel is due to

be denied.  Accordingly, and for good cause,  it is

ORDERED that the Clerk is DIRECTED to docket plaintiff's July 20, 2007 letter[1] as his response to the court's July 16, 2007 order (Doc. # 6).

It is further ORDERED that the court's previous order denying plaintiff's motion for appointment of counsel order is hereby REAFFIRMED.

DONE, this 1st day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] The letter was received by the court on July 23, 2007.