**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| ROGER REEVES, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 1:07CV616-MHT |
| | ) | |
| v. | ) | |
| | ) | |
| DSI SECURITY SERVICES *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **CONFLICT DISCLOSURE STATEMENT**

COMES NOW DSI Security Services, Inc., a defendant in the above-captioned matter and, in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

2

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |

/s/ *David T. Wiley*
David T. Wiley, ASB-4051-Y54D
WileyD@jacksonlewis.com
Direct Dial: 205-332-3104
**JACKSON LEWIS LLC**
2001 Park Place North, Suite 650
Birmingham, Alabama 35203
Facsimile: 205-332-3131

**Attorney for Defendant**

**Certificate of Service**

 I hereby certify that on August 3, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that a copy was delivered via First Class U.S. Mail, postage prepaid on the following:

  Roger Reeves
  B-12 Chattahoochee Court
  Eufala, Alabama 36027


  /s/ *David T. Wiley*
  COUNSEL FOR DEFENDANT

2