IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 AUG -3  A II: 52

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| ROGER REEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. 1:07-CV-616-MHT-SRW |
| DSI SECURITY SERVICES, | ) | |
| AMERICAN BUILDINGS, INC., and | ) | |
| EEOC, | ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.1, the undersigned counsel Daniel M. Shea and Chris Enloe move to be admitted *pro hac vice* to this Court, in order to represent Defendant American Buildings Company in this case. Mr. Shea and Mr. Enloe have attached certificates of good standing from the United States District Court for the Northern District of Georgia, along with a check for $40 to cover the admission fees.

Respectfully submitted this 2nd day of August, 2007.

                                          Nelson Mullins Riley & Scarborough LLP

                                          **Daniel M. Shea**
                                          Georgia Bar No. 638800

                                          **Christopher S. Enloe**
                                          Georgia Bar No. 249155

999 Peachtree Street, N.E.
Suite 1400
Atlanta, Georgia 30309
Telephone: (404) 817-6000
Facsimile: (404) 817-6050

**ATTORNEYS FOR DEFENDANT**
**AMERICAN BUILDINGS COMPANY**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROGER REEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE |
| | ) NO. 1:07-CV-616-MHT-SRW |
| DSI SECURITY SERVICES, | ) |
| AMERICAN BUILDINGS, INC., and | ) |
| EEOC, | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing **MOTION FOR ADMISSION PRO HAC VICE** by depositing a copy of same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereto to ensure delivery to the following:

    Mr. Roger Reeves
    B-12 Chattahoochee Court
    Eufaula, AL 36027

    DSI Security Services
    600 West Adam Street
    Dothan, AL 36303

This ___ day of August, 2007.

_____
Chris Enloe



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

      I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

      **DO HEREBY CERTIFY** that **CHRISTOPHER S. ENLOE, State Bar No. 249155,** was duly admitted to practice in said Court on August 3, 1998, and is in good standing as a member of the bar of said Court.

      Dated at Atlanta, Georgia, this 1st day of August, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Jamee Green
Deputy Clerk





## CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **DANIEL M. SHEA, State Bar No. 638800,** was duly admitted to practice in said Court on January 8, 1975, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 1st day of August, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Jamee Green
Deputy Clerk

