IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROGER REEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE |
| | ) NO. 1:07-CV-616-MHT-SRW |
| DSI SECURITY SERVICES, | ) |
| AMERICAN BUILDINGS, INC., and | ) |
| EEOC, | ) |
| Defendants. | ) |

## DEFENDANT AMERICAN BUILDING COMPANY'S PRE-ANSWER MOTION TO DISMISS TITLE VII CLAIM

COMES NOW Defendant American Buildings Company ("American Buildings"), misnamed as American Buildings, Inc. in the Complaint, pursuant to Fed. R. Civ. P. 12(b)(6), and moves the Court to dismiss Plaintiff's Title VII claim against American Buildings. In support of this Motion, American Buildings relies on the allegations in Plaintiff's Complaint, attachments to that Complaint, and the Memorandum of Law filed concurrently with this Motion.

~Doc# 691791.01~

Respectfully submitted this 2nd day of August, 2007.

_____
Christopher S. Enloe
(ENL001)

Attorneys for American Buildings Company

NELSON MULLINS RILEY & SCARBOROUGH LLP
999 Peachtree Street, NE / 14th Floor
Atlanta, GA  30309-3964
(404) 817-6000 Telephone
(404) 817-6050 Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROGER REEVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:07-CV-616-MHT-SRW |
| DSI SECURITY SERVICES, ) | |
| AMERICAN BUILDINGS, INC., and ) | |
| EEOC, ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing **MOTION TO DISMISS** by depositing a copy of same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereto to ensure delivery to the following:

> Mr. Roger Reeves
> B-12 Chattahoochee Court
> Eufaula, AL 36027
>
> DSI Security Services
> 600 West Adam Street
> Dothan, AL 36303

This 2nd day of August, 2007.

_____
Chris Enloe

~Doc# 691791.01~