IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROGER REEVES,                          )
                                       )
                        Plaintiff,     )
                                       )
v.                                     )      CIVIL ACTION FILE
                                       )      NO. 1:07-CV-616-MHT-SRW
DSI SECURITY SERVICES,                 )
AMERICAN BUILDINGS, INC., and          )
EEOC,                                  )
                        Defendants.    )

---

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Defendant American Buildings Company ("American Buildings"), misnamed as American Buildings, Inc. in the Complaint and, in accordance with the order of this court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

       \_\_\_\_ This party is an individual, or

       \_\_\_\_ This party is a governmental entity, or

       \_\_\_\_ There are no entities to be reported, or

~Doc# 800127.1~

__X__  The following entities and their relationship to the party are hereby
reported:

| Reportable Entity | Relationship to Party |
|---|---|
| MAGNATRAX Corporation | Parent |
| Kirby Buildings Systems | Affiliate |
| Gulf States | Affiliate |
| Magnatran Corporation | Affiliate |
| CBC | Affiliate |

_____/s/ Christopher S. Enloe_____
Daniel M. Shea
Christopher S. Enloe (ENL001)
chris.enloe@nelsonmullins.com
Direct Dial: 404-817-6470
NELSON MULLINS RILEY & SCARBOROUGH LLP
999 Peachtree Street, NE / 14th Floor
Atlanta, GA  30309-3964
(404) 817-6000 Telephone
(404) 817-6050 Facsimile

Attorneys for American Buildings Company

~Doc# 800127.1~

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

ROGER REEVES,                                    )
                                                 )
                                Plaintiff,        )
                                                 )
v.                                               )      CIVIL ACTION FILE
                                                 )      NO. 1:07-CV-616-MHT-SRW
DSI SECURITY SERVICES,                           )
AMERICAN BUILDINGS, INC., and                    )
EEOC,                                            )
                                Defendants.       )

_____

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **CONFLICT DISCLOSURE STATEMENT** with the Clerk of the court using the Complaint/ECF system and that a copy was delivered via First Class U.S. Mail, postage prepaid on the following:

> Mr. Roger Reeves
> B-12 Chattahoochee Court
> Eufaula, AL 36027
>
> David T. Wiley, Esq.
> Jackson Lewis
> Suite 650
> 2001 Park Place North
> Birmingham, AL  35203

This 6th day of August, 2007.

_____/s/ Chris Enloe_____
Chris Enloe