IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Southern__ DIVISION

RECEIVED
2007 AUG 10 A 9:59

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

__Roger Reeves__

PLAINTIFF

v.                              CASE ACTION NO.: __1:07cv616-MHT__

__DSI Security Services__

DEFENDANT

"AMENDED"
EEOC COMPLAINT

1. Plaintiff resides at __B-12 Chattahoochee Court, Eufaula, ALA 36027__

2. Defendant(s)' name(s) __DSI, American Buildings, EEOC__

   Location of principal office(s) of the named defendant(s) __600 West Adam Street Dothan, AL 36303; 1150 State Dock Road Eufaula, ALA 36027; EEOC Ridge Park Place, 1130 22nd Street, South, Birmingham, AL 35205__

   Nature of defendant(s)' business __Security Company; Metal Buildings; Equal Opportunity Employment Commission__

   Approximate number of individuals employed by defendant(s) __190 (Dothan office) American Buildings (875), EEOC (500)+__

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employement discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 §2000e-5(g).

4. The acts complained of in this suit concern:

   1. ☐ Failure to employ me.
   2. ☐ Termination of my employment.
   3. ☐ Failure to promote me.
   4. ☐ Other acts as specified below: __Failure to provide decent wage promised; hostile work environment; flamatory remarks, Incompetent on EEOC part, Discrimination all parties; Disparate__

1

5.  Plaintiff is:
    A.  [✓] Presently employed by the defendant.
        [ ] Not presently employed by the defendant. The dates of employment were _____ Employment was terminated because:

        (1) [ ] Plaintiff was discharged.
        (2) [ ] Plaintiff was laid off.
        (3) [ ] Plaintiff left job voluntarily.

6.  Defendant(s)' conduct is discriminatory with respect to the following:

    A.  [✓] My race.
    B.  [✓] My religion.
    C.  [ ] My sex.
    D.  [ ] My national origin.
    E.  [ ] Other, as specified below: _____

7.  The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) ALAN WOOD, WHITE, MALE, **Plant Manager**; JOHN HOWARD, WHITE, MALE; JAMES LEE, NEGRO, MALE, Investigator; DEBRA LEO, WHITE, FEMALE, EEOC ADA Co-ordinator

8.  The alleged discrimination occurred on or about FEB 27, 2005.

9.  The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows:

ALAN Wood And DSI used deceptive collusive discriminatory actions when they did not perform a contractual obligation. They said they were negotiating and going to sign a contract and they were not doing either. John Howard said he would put in the paper work for my raise but no raise ever came forth. Plant employees have receive three on time raises. Discriminatory action could be only concluded considering none other reasons and hostile work environment.
EEOC, JAMES LEE, + DEBRA LEO used collusive and discriminatory action when he (JAMES LEE) during negotiation; jumped up and said "This cat does not know what he is doing" Let's get out of here and left the room with DSI. Mrs. Leo prejudice the investigative process by stating I did not have a case. I ask for another negotiator and she said she would send some one from the Montgomery office. She use guise and came herself. Following pages included.

10. The alleged illegal activity took place at American Building Location, Court House (Arbitration Location)

2

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about _____.
I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received by me on _April 4, 2007_.

12. I seek the following relief:

   A. ☑ Recovery of back pay.
   B. ☑ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date: _6/29/07_

_____
Signature of Plaintiff

_B-12 Chatt. Court_
_Eufaula, ALA 36027_
_334-687-7336_
Address & Telephone Number of Plaintiff

Petition Court to appoint Counsel.

_Roger Reed_

3

James LEE, EEOC Negoiator used discriminatory practices by stating "This CAT Does NOT Know What HE IS DOING" and left the Room with DSI in the first part of the Negoiating Process before any offer was made. His Prejudicial action made it impossible to receive any fair and impartial offer during Negoiation and resolution of my case in a positive manner with EEOC.

Debra Leo used discriminatory practices by prejudging and Prejudicing the Negoiating Process. The Negoiator is not allowed as stated in their "Question and Answers About Mediation Document" to decide who is right or wrong. She stated that I did not have a case. I immediately ask for another mediator. She said she would send someone from her Montgomery office. She came and did not properly introduce herself and proceeded to do the mediation. She had been called Lee, Leo, Lea and other names so I did not reconized that she was the same person. There was no BONA fide offer made during Negoiation.

John Howard reneged on an Contractual obligation when he promised to give a raise and it never came through. I believe it was my race and religion that was at issue considering the hostile environment that was and had been in. Not acceptable of my race and religion. Management made derogatory statement about my self and blacks and my religion to employees. EEOC did not aggresively pursue action against American Buildings when I file my charge. They (American Buildings) showed a tendency to keep wages low for a group. This had a disparate effect.

## Certificate of Service

I hereby certify that on August 9, 2007 I filed with the Clerk of the Court and a copy of this Document was mailed, postage prepaid to:

DSI
600 West Adam Street
Dothan, AL 36303

American Buildings
1150 State Dock Road
Eufaula, ALA 36027

EEOC
Ridge Park Place
1130 22nd Street South
Birmingham, AL 35205

Roger Reeves
8/9/2007
Roger Reeves