IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROGER REEVES,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)　　CIVIL ACTION NO. 1:07CV616-MHT
　　　　　　　　　　　　　　　　　)　　(WO)
DSI, et al.,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　Defendants.　　　　　　　　　)

MOTION:

Motion to Reconsider appointment of Counsel:
In the Case Ghazzawi V. United STATES Appeal NO: 01A15337 (April 23, 2002) And;
In considering the facts that the EEOC use deception, fraud, and incompetence; that the EEOC did not aggressively pursue my case with American BLDG; that DSI showed more than an inference of impropriety when they left the room with the Negotiator before an offer ever came forth after the Negotiator made an inflamatory statement; that DSI made fraudulent promises; that American produce a hostile work environment; that I am asking for a reconsideration for appointment of Counsel.

Roger Reeves 8/9/2007　　　　　　　　　Roger Reeves

## Certificate of Service

I hereby certify that on August 9, 2007 I filed with the Clerk of the Court and a copy of this Document was mailed, postage prepaid to:

DSI
600 West Adam Street
Dothan, AL 36303

American Buildings
1150 STATE Dock Road
Eufaula, ALA 36027

EEOC
Ridge Park Place
1130 22nd Street South
Birmingham, AL 35205

Roger Reeves
8/9/2007
Roger Reeves

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

INSTRUCTIONS FOR FILING A COMPLAINT
FOR USE IN EMPLOYMENT DISCRIMINATION CASES

---
READ CAREFULLY
---

1. This packet consists of:   1 copy of an EEOC complaint form
   1 copy of a summons form
   1 copy of an in forma pauperis motion

2. Your complaint must be clearly handwritten or typewritten and signed by each plaintiff. ALL copies of the complaint must be identical in wording to the original. It is not necessary to swear to the complaint under oath before a notary public. However, each plaintiff must attest under penalty of perjury that the complaint is true and correct. You are warned that any false statement of a material fact may subject you to prosecution and conviction.

3. The Notice-of-Right-to-Sue letter issued by the EEOC must be attached to your complaint.

4. All questions must be answered concisely in the proper space on the form. If you need additional space to answer a question, you may use the reverse side of the form or use an additional blank page. YOUR COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS--YOU ARE ONLY REQUIRED TO GIVE FACTS. You must describe how each defendant is personally involved in the activities upon which your claim is based.

5. Upon receipt of the $350.00 filing fee, your complaint will be filed. If you are unable to pay the filing fee, you may petition the court to proceed in forma pauperis. If you must proceed in forma pauperis, you must complete, sign, and attest as true and correct under penalty of perjury the petition and financial affidavit. If there is more that one plaintiff, then each plaintiff must complete a separate petition.

6. If you pay the $350.00 filing fee, you must also fill out 2 summons forms for each defendant you name in your complaint. Also, provide envelopes per defendant and postage for certified mail, return receipt requested and have the postage affixed to the envelopes.

7. It is YOUR responsibility to notify the Clerk's Office in writting of ANY change of address you may have during the entire time this case remains open before the court. Failure to so advise the Clerk of your current address may result in the DISMISSAL of your case.

8. When these forms are properly completed, mail them to the clerk's office.

9. Your complaint will not be considered unless it conforms to these instructions.