IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ROGER REEVES,                )
                             )
    Plaintiff,                )
                             )      CIVIL ACTION NO.
    v.                       )        1:07cv616-MHT
                             )
DSI SECURITY SERVICES,       )
et al.,                      )
                             )
    Defendants.               )
```

ORDER

It is ORDERED that the motion to reconsider (Doc. No. 23) is denied.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 14th day of August, 2007.

                                    /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE