IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

ROGER REEVES,

Plaintiff,

V.                                         CIVIL ACTION NO:  1:07-CV-616-MHT

DSI SECURITY SERVICES et. al.,

Defendants.

## NOTICE OF APPEARANCE

The undersigned counsel hereby notices her appearance as lead counsel for Defendant United States Equal Employment Opportunity Commission (EEOC) in the above-captioned matter.

Respectfully submitted,

PEGGY MASTROIANNI
Associate Legal Counsel

THOMAS J. SCHLAGETER
Assistant Legal Counsel

/s/  Danielle Hayot
DANIELLE J. HAYOT
Attorney for Defendant
U.S. EQUAL EMPLOYMENT

OPPORTUNITY COMMISSION
Office of Legal Counsel
1801 L STREET, NW
WASHINGTON, DC 20507
TELEPHONE:  202/663-4695
FACSIMILE:    202/663-4639
danielle.hayot@eeoc.gov
S.S. #: ████████

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2007 I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Middle District of Alabama, using the CM/ECF system which will send notification of such filing to the attorneys of record.

This document was further served via first-class mail, postage pre-paid, to the following individual on September 5, 2007:

Roger Reeves
B-12 Chattahoochee Court
Eufaula, AL 36027

Respectfully submitted,

/s/  Danielle Hayot
DANIELLE J. HAYOT
Attorney for Defendant
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of Legal Counsel
1801 L Street, NW
Washington, DC 20507
Telephone:  202/663-4695
Facsimile:   202/663-4639
danielle.hayot@eeoc.gov