IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 AUG -3 A 11: 52

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| ROGER REEVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:07-CV-616-MHT-SRW |
| DSI SECURITY SERVICES, ) | |
| AMERICAN BUILDINGS, INC., and ) | |
| EEOC, ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.1, the undersigned counsel Daniel M. Shea and Chris Enloe move to be admitted *pro hac vice* to this Court, in order to represent Defendant American Buildings Company in this case. Mr. Shea and Mr. Enloe have attached certificates of good standing from the United States District Court for the Northern District of Georgia, along with a check for $40 to cover the admission fees.

**MOTION GRANTED**

THIS 11th DAY OF September, 20 07

_____
UNITED STATES MAGISTRATE JUDGE