IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROGER REEVES, )
    Plaintiff, )
v. ) CIVIL ACTION NO. 1:07CV616-MHT
) (WO)
DSI, et al., )
)

MOTION:

FOR CHANGE OF VENUE

Because of the Undo Hardship of driving to Montgomery with a Car that is not driveable for that distance and having to missed a day at work I am requesting that the Scheduling Conference be done on the phone or in the Eufaula Court House.

## Certificate of Service

I hereby certify on September 14, 2007 I filed with the Clerk of the Court and a copy of this Document was mailed postage paid to:

Jackson Lewis LLP
Park Place Towers Suite 650
2001 Park Place North
Birmingham, ALABAMA 35203

Nelson Mullins Riley
& Scarborough LLP
999 Peachtree St. NE
14th FLOOR
ATLANTA, GA 36309-3964

Danielle J. HAYOT
U.S. Equal Employment Opportunity Commission
Office of Legal Counsel
1801 L Street N.W
Washington, D.C. 20507

/s/ Roger Reeves

/s/ Roger Reeves