IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROGER REEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07cv616-MHT |
| | ) |
| DSI SECURITY SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of plaintiff's motion for change of venue (Doc. # 31), filed September 17, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED to the extent that the scheduling conference previously set on September 24, 2007 at 10:30 a.m. in Courtroom 5-B be and hereby is **RESCHEDULED for September 24, 2007 at 10:30 a.m., by telephone.**

Counsel for defendant DSI Security Services is DIRECTED to set up the telephone conference call.

DONE, this 19th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE