SEE DOC#39 OBJECTION FOR THE CORRECT PDF TO THIS ENTRY.