IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROGER REEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07cv616-MHT |
| | ) |
| DSI SECURITY SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of defendant's objection to scheduling order, which the court construes as a motion to amend scheduling order (Doc. # 39), filed October 3, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED as follows:

1. The dispositive motions deadline is extended to March 10, 2008.

2. The discovery deadline is extended to April 10, 2008.

DONE, this 3rd day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE