IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROGER REEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07cv616-MHT |
| | ) | |
| DSI SECURITY SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

By order entered on September 10, 2007, the court allowed plaintiff until September 25, 2007 to respond to DSI's motion for summary judgment, and allowed defendant DSI until October 5, 2007.  Plaintiff filed a timely response (Doc. # 35), and defendant DSI filed a reply brief (Doc. # 36).  Plaintiff has now filed a second response to the motion for summary judgment.  This response is untimely, and plaintiff has not shown good cause for modification of the court's briefing schedule.  Accordingly, upon consideration of plaintiff's supplemental response to DSI's motion for summary judgment, it is

ORDERED that the supplemental response (Doc. # 43) is STRICKEN from the record.  The court will not consider it in entering a recommendation on the pending motion.

DONE, this 5th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE