IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROGER REEVES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07cv616-MHT |
| | ) |
| DSI SECURITY SERVICES, et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

By order entered on September 10, 2007, the court allowed plaintiff until September 25, 2007 to respond to DSI's motion for summary judgment, and allowed defendant DSI until October 5, 2007. Plaintiff filed a timely response (Doc. # 35), and defendant DSI filed a reply brief (Doc. # 36). Plaintiff subsequently filed a second response to the motion for summary judgment. Because the response was untimely and plaintiff had not shown good cause for modification of the court's briefing schedule, the court struck this response by order entered on October 5, 2007. On October 9, 2007, plaintiff filed yet another evidentiary submission in opposition to the motion for summary judgment. This response is also untimely.

For good cause, it is

ORDERED that plaintiff's evidentiary submission (Doc. # 46) is STRICKEN from the record. The court will not consider it in entering a recommendation on the pending motion.

It is further ORDERED that plaintiff is DIRECTED to refrain from filing any further responses to defendants' pending dispositive motions. The motions are currently under submission and briefing is closed.

It is further ORDERED that, if plaintiff files any additional responses to the presently pending dispositive motions without first obtaining leave of the court, the Clerk is DIRECTED to return the pleadings to plaintiff without docketing them in this action.

DONE, this 12th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE