IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROGER REEVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:07-CV-616-MHT-SRW |
| DSI SECURITY SERVICES, ) | |
| AMERICAN BUILDINGS, INC., and ) | |
| EEOC, ) | |
| Defendants. ) | |

### NOTICE OF CHANGE OF ADDRESS

Please take notice that all pleadings and correspondence in the above referenced matter should be directed to the undersigned counsel for American Buildings Company at the following address effective immediately:

>Daniel M. Shea
>Christopher S. Enloe
>Nelson Mullins Riley & Scarborough, LLP
>201 17th Street, N.E., Suite 1700
>Atlanta GA 30363
>PH: 404-322-6000
>FX: 404-322-6050

This 30th day of October, 2007.

_____
Christopher S. Enloe
(ENL001)
Attorneys for American Buildings Company

NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street, N.E., Suite 1700
Atlanta GA 30363
(404) 322-6000 Telephone
(404) 322-6050 Facsimile

~Doc# 817928.1~

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROGER REEVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:07-CV-616-MHT-SRW |
| DSI SECURITY SERVICES, ) | |
| AMERICAN BUILDINGS, INC., and ) | |
| EEOC, ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing **NOTICE OF CHANGE OF ADDRESS** with the Clerk of Court using the CM/ECF system and that a copy will be delivered via the CM/ECF system upon the following counsel of record:

David T. Wiley
Jackson Lewis LLP
Park Place Tower, Suite 650
2001 Park Place North
Birmingham, AL  35203
wileyd@jacksonlewis.com

Danielle J. Hayot
Equal Employment Opportunity Commission
1801 L St., NW
Washington, D.C.  20507
danielle.hayot@eeoc.gov

I further certify that a copy was served upon the following via First Class U.S. Mail, postage prepaid:

Mr. Roger Reeves
B-12 Chattahoochee Court
Eufaula, AL  36027

This 30th day of October, 2007.

Chris Enloe

~Doc# 817928.1~