IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROGER REEVES, <br><br> Plaintiff, <br><br> V. <br><br> DSI SECURITY SERVICES et. al., <br><br> Defendants. | CIVIL ACTION NO: 1:07-CV-616-MHT |

**NOTICE OF PROPOSED ORDER TO DISMISS THE ACTION AGAINST DEFENDANT EEOC**

Defendant EEOC hereby provides notice of its proposed order to accompany its Motion to Dismiss filed on September 6, 2007.

Respectfully submitted,

/s/Danielle Hayot_____
DANIELLE J. HAYOT
Attorney for Defendant
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of Legal Counsel
1801 L STREET, NW
WASHINGTON, DC 20507
TELEPHONE: 202/663-4695
FACSIMILE:  202/663-4639
danielle.hayot@eeoc.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 5, 2007 I electronically filed the foregoing document for the Defendant EEOC with the Clerk of the Court for the U.S. District Court, Middle District of Alabama, using the CM/ECF system which will send notification of such filing to the attorneys of record.

      This document was further served via first-class mail, postage pre-paid, to the following individual on December 5, 2007:

      Roger Reeves
B-12 Chattahoochee Court
Eufaula, AL 36027

Respectfully submitted,

/s/ Danielle Hayot
DANIELLE J. HAYOT
Attorney for Defendant
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of Legal Counsel
1801 L Street, NW
Washington, DC 20507
Telephone:  202/663-4695
Facsimile:   202/663-4639
danielle.hayot@eeoc.gov

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROGER REEVES,<br><br>Plaintiff,<br><br>V.<br><br>DSI SECURITY SERVICES et. al.,<br><br>Defendants. | CIVIL ACTION NO: 1:07-CV-616-MHT |

## ORDER

Upon consideration of Defendant United States Equal Employment Opportunity Commission's (EEOC's) Motion to Dismiss, any opposition thereto, and the entire record herein, the Court is of the opinion that it is well taken, and hereby GRANTS the Motion.

It is hereby ORDERED that the case against Defendants EEOC is hereby Dismissed WITH PREJUDICE pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

DATED _____, 2007.

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE