IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROGER REEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07cv616-MHT |
| | ) (WO) |
| DSI SECURITY SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the motion to stay discovery filed by the EEOC on December 5, 2007, and for good cause, it is

ORDERED that the EEOC is DIRECTED to provide to plaintiff, on or before December 21, 2007, a certified copy of his charge file.[1] It is further

ORDERED that the motion to stay discovery is otherwise GRANTED as to defendant EEOC.

DONE, this 5th day of December, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] If defendant EEOC contends that any portion of the file is subject to a claim of privilege or is otherwise protected from disclosure, it may provide plaintiff with only those portions of the file not subject to such a claim and may file any objection to release of the remainder of the file with the court.