IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROGER REEVES,<br><br>Plaintiff,<br><br>V.<br><br>DSI SECURITY SERVICES et. al.,<br><br>Defendants. | CIVIL ACTION NO: 1:07-CV-616-MHT |

**EEOC MOTION TO REPLACE EXISTING PLEADINGS TO DELETE SENSITIVE INFORMATION**

Defendant United States Equal Employment Opportunity Commission (EEOC) respectfully moves this Court to replace the EEOC's Motion to Dismiss filed on September 6, 2007, and EEOC's Reply to Plaintiff's Response in Opposition to Motion to Dismiss filed on October 3, 2007, with versions of said documents with attorney for the Defendant EEOC's social security number redacted.

                                                  Respectfully submitted,

                                                  /s/ Danielle Hayot_____
                                                  DANIELLE J. HAYOT
                                                  Attorney for Defendant

U.S. EQUAL
EMPLOYMENT
OPPORTUNITY
COMMISSION
Office of Legal Counsel
1801 L Street, NW
Washington, DC 20507
Telephone:  202/663-4695
Facsimile:   202/663-4639
danielle.hayot@eeoc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2007 I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Middle District of Alabama, using the CM/ECF system which will send notification of such filing to the attorneys of record.

This document was further served via first-class mail, postage pre-paid, to the following individual on December 10, 2007:

> Roger Reeves
> B-12 Chattahoochee Court
> Eufaula, AL 36027

Respectfully submitted,

/s/ Danielle Hayot
DANIELLE J. HAYOT
Attorney for Defendant
U.S. EQUAL
EMPLOYMENT
OPPORTUNITY
COMMISSION
Office of Legal Counsel
1801 L Street, NW
Washington, DC 20507
Telephone: 202/663-4695
Facsimile:  202/663-4639
danielle.hayot@eeoc.gov

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

ROGER REEVES,

    Plaintiff,

    V.                                        CIVIL ACTION NO:  1:07-CV-616-MHT

DSI SECURITY SERVICES et. al.,

    Defendants.

## ORDER

Upon consideration of Defendant United States Equal Employment Opportunity Commission's (EEOC's) MOTION TO REPLACE EXISTING PLEADINGS TO DELETE SENSITIVE INFORMATION, it is hereby ORDERED that the Motion is **granted** and that the EEOC may file replacement versions of EEOC's Motion to Dismiss filed on September 6, 2007, and EEOC's Reply to Plaintiff's Response in Opposition to Motion to Dismiss filed on October 3, 2007, that are identical in all respects to those previously filed except that attorney for the Defendant EEOC's social security number shall be redacted.

DATED _____, 2007.

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE