IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROGER REEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) CIVIL ACTION NO.: 1:07cv616-MHT |
| | ) |
| DSI SECURITY SERVICES et. al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Defendant United States Equal Employment Opportunity Commission's (EEOC's) Motion to replace existing pleadings to delete sensitive information (Doc. # 53), filed December 10, 2007, and for good cause, it is

ORDERED that the Motion is GRANTED. The EEOC may file replacement versions of EEOC's Motion to Dismiss filed on September 6, 2007, and EEOC's Reply to Plaintiff's Response in Opposition to Motion to Dismiss filed on October 3, 2007, which are identical in all respects to those previously filed, except that attorney for the EEOC's social security number shall be redacted.

DONE, this 11th day of December, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE