**\*\*SAMPLE NOTICE FORMAT\*\***

**Note:** When E-Filing this pleading, please enter a separate docket entry. The event entry is located on CM/ECF by clicking: **CIVIL > OTHER DOCUMENTS > CORPORATE DISCLOSURE STATEMENT**
A **screen-fillable** Adobe Acrobat PDF form, which can be saved and E-Filed, is available on-line; it is available at http://www.almd.uscourts.gov/docs/CONFLICT_DISCLOSURE_STATEMENT_FILLABLE.pdf

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_Southern_ DIVISION

2007 DEC 11  A 9: 32

_Roger Reeves_,                )
                               )
        Plaintiff,             )
                               )
v.                             )   CASE NO. _1:07 cv 616-MHT_
                               )
_DSI Security, et al._,        )
                               )
        Defendants,            )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW _Roger Reeves_, a [Plaintiff/Defendant] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |
| | |

_12/9/07_
Date

Signature _Roger Reeves_
Counsel

Counsel for (print names of all parties)
_B-12 Craft Cor - Eufaula, AL_
Address, City, State Zip Code
_334-687-7336_
Telephone Number

Also requires a certificate of Service