MOTIONS

1:07-CV-00616 MHT-SRW REEVES V. DSI

SECURITY SERVICES et al.

## MOTION TO Reconsider ORDER STAYING Discovery

Plaintiff respectfully move the Court to reconsider Order Staying Discovery.

A memorandum in support of this motion is attached.

12/20/07   Roger Reeves

Certificate of Service

I hereby Certify on Dec. 20, 2007 I filed with the Clerk of the Court and a Copy of this Document was mailed to

Danielle J. HAYOT
US Equal Employment Opportunity Commission
Office of Legal Counsel
1801 L Street N.W.
Washington, D.C. 20507

Roger Reeves
12/20/07

12/20/07   Roger Reeves