IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROGER REEVES,                          )
                                       )
              Plaintiff,               )
                                       )
v.                                     )   CIVIL ACTION NO. 1:07cv616-MHT
                                       )
DSI SECURITY SERVICES, et al.,         )
                                       )
              Defendants.              )

## ORDER

Upon consideration of plaintiff's motion for reconsideration (Doc. # 59) of this court's

order staying discovery as to the EEOC, it is

ORDERED that the motion is DENIED.

DONE, this 2nd day of January, 2008.


                                  /s/ Susan Russ Walker
                                  SUSAN RUSS WALKER
                                  UNITED STATES MAGISTRATE JUDGE