# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| ROGER REEVES, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 1:07CV616-MHT |
| | ) | |
| v. | ) | |
| | ) | |
| DSI SECURITY SERVICES *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **NOTICE OF CHANGE OF ADDRESS**

Please be advised that David T. Wiley and the Birmingham office of Jackson Lewis LLP have changed addresses. Please direct all future correspondence, dockets, orders or any other document(s) pertaining to this action or to defendant DSI Security Services, Inc. to the address listed below.

        Respectfully submitted,

        /s/ *David T. Wiley*
        David T. Wiley (ASB-4051-Y54D)
        E-mail:  WileyD@jacksonlewis.com
        **Jackson Lewis LLP**
        First Commercial Bank Building
        800 Shades Creek Parkway, Ste. 870
        Birmingham, Alabama 35209
        Ph:   (205) 332-3104
        Fax:  (205) 332-3131

        Attorney for Defendant DSI Security Services, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that a copy will be delivered via the CM/ECF system upon the following counsel of record:

>Daniel M. Shea
>daniel.shea@nelsonmullins.com
>Christopher S. Enloe
>chris.enloe@nelsonmullins.com
>**NELSON MULLINS RILEY &**
>  **SCARBOROUGH, LLP**
>999 Peachtree Street, NE/14th Floor
>Atlanta, Georgia 30309-3964
>
>Danielle J. Hayot
>Equal Employment Opportunity Commission
>1801 L Street, NW
>Washington, D.C. 20507
>danielle.hayot@eeoc.gov

I further certify that a copy was served upon the following via First Class U.S. Mail, postage prepaid:

>Roger Reeves
>B-12 Chattahoochee Court
>Eufala, Alabama 36027

>　　　　　　／s／ David T. Wiley
>　　　　　　Counsel of Record