1:07-CV-00616-SRW   Reeves V DSI Security Services et al

2008 JAN 10 A 9:14

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Appeal of Magistre Judge Decision to District Court

ORDER # 62-1 with Supporting Memorandum

Memorandum In Support of Appeal of Magistrc Judge Decision to Court

ORDER # 62-1

I am appealing ORDER # 62-1 and asking the Honorable Judge to examine the Document I am Submitting and to reverse the previous decision. Rule 26 1(c) states that I should have access to all material bearing on the nature and extent of injuries Suffered. A Lawyer cannot claim that all information other than a Charge File is Privileged. I am asking for all information that relates to my case by EEOC. I was giving a redacted charge files with tons of information missing that should have been in the file that was not redacted. Under the Freedom of Information Act I could request all redacted information. I am being deprived of that right. As a Pro Se Lawyer with a Case against EEOC

this and all other information should certainly be available to me.

EEOC has shown a tendency to deceptive, collusive, and foot dragging through out my case. I think revealing all communication in this case will only shed light on a preprejudice effort through out by EEOC. This information and all other would be beneficial to my case.

I am asking the Honorable Judge to consider document already submitted "Memorandum in Support of Plaintiff Motion to Reconsider Order Staying Discovery".

1/9/08

Roger Reeves
B-12 Chatt. Court
Eufaula, Ala.

Certificate of Service

I hereby Certify that on Jan 9, 2008 I file with the Court a copy of this Document.

Roger Reeves
1/9/2008