IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ROGER REEVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:07cv616-MHT |
| ) | |
| DSI SECURITY SERVICES, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of plaintiff's appeal (Doc. No. 67) and after an independent and de novo review of the record, it is ORDERED that the magistrate judge's order (Doc. No. 62) is affirmed.

It is further ORDERED that this cause is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 14th day of January, 2008.

                        /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE