NO: 1:07-CV-616-MHT-SRW

Roger Reeves (Plaintiff) V.   DSI Security Services
American Buildings, INC
EEOC etc.

RECEIVED
2008 FEB -7 A 9:26
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO STAY Taking of Deposition

Plaintiff Roger Reeves moves the court to stay taking of deposition on Plaintiff by DSI. Defendant seek information that is privileged, not relevant to the claim, unreasonably duplicative, and will cause undo burden and expense on Plaintiff (Rule 26 (2C). Rule 26 2(c) protect against disclosure of conclusion, opinions, or legal theories. Defendant seeks information that is highly opinioned, or Priveldge conclusive. All other information and facts has been given Defendant. Rule 26 (5C) protect a party or person from annoyance, embrassment, oppression, or undoe burden or expense and that the discovery not be had. Defendant DSI ask for income TAX information which intrudes in personal unrelated information.

For This Cause Plaintiff desires that Motion to STAY Taking of Deposition of Plaintiff be granted.

2/6/08    Roger Reeves

## Certificate of Service

I hereby certify on FEB. 6, 2008 I filed with the Clerk of the Court and a copy of this Document was mailed postage paid to:

Jackson Lewis LLP
FIRST Commerical Bank Bldg.
800 Shades Creek Parkway
Suite 870
Birmingham, ALA. 35209

Nelson Mullis Rile &
SCARBOROUGH LLP
999 Peachtree Street NE
14th FLOOR
ATLANTA, GA.

Danielle J. HAYOT
U.S. Equal Employment Opportunity Commission
Office of Legal Counsel
1801 L Street N.W.
Washington, D.C. 20507