IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROGER REEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) IVIL ACTION NO. 1:07cv616-MHT |
| | ) (WO) |
| DSI SECURITY SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

This action is presently before the court on the plaintiff's motion to stay plaintiff's deposition (Doc. # 70).  Plaintiff objects that defendant DSI seeks information which is "privileged, not relevant to the Claim; unreasonably duplicative, and will cause undo[sic] burden and expense on Plaintiff."  Plaintiff is advised that defendants are entitled to depose the plaintiff regarding his claims and his damages (which would include an inquiry into his earnings) and that defendant has not presented any basis upon which the court could conclude that defendant seeks undiscoverable information from the plaintiff at this time.  Accordingly, it is

ORDERED that the motion to stay taking of deposition is DENIED.

DONE, this 8th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE