IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROGER REEVES, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:07cv616-MHT ) (WO) |
| DSI SECURITY SERVICES, et al., | ) ) |
|       Defendants. | ) |

## **ORDER**

Upon consideration of plaintiff's motions to compel (Docs. # 69, 71), it is ORDERED that defendants may respond to the motions on or before February 15, 2008.

DONE, this 8th day of February, 2008.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE