CASE: 1:07-CV-00616-MHT-SRW

RECEIVED
2008 FEB 19 A 10: 11
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MOTION TO STRIKE FROM RECORD STATEMENT IN ERROR

Plaintiff move Court to STRIKE from RECORD IN Plaintiff Document

"Plaintiff Roger Reeves Reply to DSI MOTION FOR Summary Judgement (i.e. Response)"

ON Page 4 the word IN parenthesis ( ) the word BLACK. The word Black is in error which was not Know at the time of this Document.

My information came from a person working with the person mention but there was one black person and one white woman. I rechecked my facts and found that the first person was White. I regret that an error was made. All other facts to the best of my knowledge are true. Again I though that the person told me that there were two black instead of a black and white woman.

I hereby certify that on FEB. 15, 2008 I filed the foregoing Document with the Clerk of the Court for the U.S. District Court, Middle District of Alabama and this Document was mail postage paid to the following individuals:

Danielle J. HAYOT
U.S. Equal Employment Opp. Commission
Office of Legal Counsel
1801 L Street N.W
Washington, D.C.

Jackson Lewis LLP
First Commercial Bank Building
800 Shades Creek Parkway
Suite 870
Birmingham, AL 35209

Nelson Mullins Riley & Scarborough, LLP
999 Peachtree Street NE 14th Floor
Atlanta, Georgia 30309

2/15/08   Roger Reeves

2/15/08   Roger Reeves