IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROGER REEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07cv616-MHT |
| | ) |
| DSI SECURITY SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

In view of defendant's representation that its correct name is "American Buildings Company" (Doc. # 18, p. 1) and plaintiff's failure to show cause why "American Buildings Company" should not be substituted as the name of the defendant identified in the complaint as "American Buildings" (see Order to show cause entered September 10, 2007, Doc. # 28), it is

ORDERED that American Buildings Company is substituted as the name of the defendant identified in the complaint as "American Buildings."

DONE, this 28th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE