IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROGER REEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE |
| | ) NO. 1:07-CV-616-MHT-SRW |
| DSI SECURITY SERVICES, | ) |
| AMERICAN BUILDINGS, INC., and | ) |
| EEOC, | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL AS COUNSEL**

COMES NOW Christopher S. Enloe, counsel of record for Defendant AMERICAN BUILDINGS, INC. ("ABC") in this case, and hereby notifies the Court as follows:

1. Counsel wishes to withdraw as counsel for the named Defendant ABC in this case.

2. Dan Shea and the firm of Nelson Mullins Riley & Scarborough LLP will continue to represent ABC in this case.

3. Counsel's withdrawal will not impact any deadlines in this case

Accordingly, Mr. Enloe seeks the Court's leave to withdraw as counsel for Defendant ABC in this case.

Respectfully submitted this 29th day of February, 2008.

NELSON MULLINS RILEY & SCARBOROUGH LLP

_____
Christopher S. Enloe
(ENL001)

201 17th Street NW, Suite 1700
Atlanta, GA 30363
Telephone: 404-322-6000
Facsimile: 404-322-6050

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROGER REEVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:07-CV-616-MHT-SRW |
| DSI SECURITY SERVICES, ) | |
| AMERICAN BUILDINGS, INC., and ) | |
| EEOC, ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2008, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL AS COUNSEL** was served on Plaintiffs' counsel of record via U.S. Mail, first class postage attached to ensure delivery, addressed as follows:

David T. Wiley
Jackson Lewis LLP
Park Place Tower, Suite 650
2001 Park Place North
Birmingham, AL 35203
wileyd@jacksonlewis.com

Danielle J. Hayot
Equal Employment Opportunity Commission
1801 L St., NW
Washington, D.C. 20507
danielle.hayot@eeoc.gov

_____
Chris Enloe