IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROGER REEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07cv616-MHT |
| | ) | |
| DSI SECURITY SERVICES, | ) | |
| AMERICAN BUILDINGS, INC., | ) | |
| and EEOC, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the notice of withdrawal as counsel (Doc. # 84) filed March 3, 2008, which the court construes as a motion to withdraw, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 5th day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE