IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| ROGER REEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE |
| | ) NO. 1:07-CV-616-MHT-SRW |
| DSI SECURITY SERVICES, | ) |
| AMERICAN BUILDINGS, INC., and | ) |
| EEOC, | ) |
| Defendants. | ) |

## ANSWER OF AMERICAN BUILDINGS COMPANY TO PLAINTIFF'S COMPLAINT AND AMENDED COMPLAINT

NOW COMES Defendant, American Buildings Company, ("ABC") and answers Plaintiff's Complaint as follows:

1. Defendant admits the allegations contained in paragraph 1 of the Complaint.

2. Defendant admits the allegations contained in paragraph 2 of the Complaint except that it is without knowledge or information to form a sufficient belief as to the accuracy of the number of individuals employed by the co-defendants and therefore denies this allegation.

3. Defendant admits that this is an action brought under Title VII of the Civil Rights Act of 1964 and that jurisdiction and relief are conferred on the court by that statute, except that Defendant denies that the court has jurisdiction or that Defendant violated the statute in any manner whatsoever.

~Doc# 849003.1~

4. Defendant acknowledges the allegations made in paragraph 4, except that Defendant denies that it committed or is liable for any of the acts complained of in paragraph 4.

5. Defendant denies the allegations contained in paragraph 5 of the Complaint, except to admit that Plaintiff is employed by co-Defendant DSI Security Services.

6. Defendant denies the allegations contained in paragraph 6 of the Complaint.

7. Defendant denies the allegations contained in paragraph 7 of the Complaint.

8. Defendant denies the allegations contained in paragraph 8 of the Complaint.

9. Defendant denies the allegations contained in paragraph 9 of the Complaint.

10. Defendant denies the allegations contained in paragraph 10 of the Complaint.

11. Defendant denies the allegations contained in paragraph 11 of the Complaint insofar as Plaintiff failed to file charges with the Equal Employment Opportunity Commission naming Defendant.

12. Defendant denies the allegations contained in paragraph 12 of the Complaint.

13. Defendant denies any other allegations not previously responded to herein.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim against Defendant upon which relief can be granted.

2. Plaintiff failed to file a charge with the Equal Employment Opportunity Commission against Defendant upon which his complaint is based, and the Complaint should be dismissed.

3. In his Complaint Plaintiff has alleged violations of Title VII that were never asserted in the charge of discrimination filed with the EEOC. Such allegations should be dismissed for failure to exhaust administrative remedies.

4. Defendant is not Plaintiff's employer and the Complaint should be dismissed.

5. Plaintiff is not Defendant's employee and the Complaint should be dismissed.

6. The Complaint is frivolous, unreasonable and groundless and Defendant should be awarded its costs, including attorneys' fees.

WHEREFORE, Defendant American Buildings Company prays that the Complaint be dismissed in its entirety, and that judgment be entered in favor of Defendant and against Plaintiff and that Defendant be awarded its costs, including its attorneys' fees and any other relief determined appropriate by the Court.

Date this 6TH day of March, 2008.

_____
Daniel M. Shea
Georgia Bar No. 638800
daniel.shea@nelsonmullins.com
Paul R. Beshears

Georgia Bar No. 055742
paul.beshears@nelsonmullins.com

Attorneys for AMERICAN BUILDINGS COMPANY

NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, Georgia 30363
(404) 322-6000 (Telephone)
(404) 322-6050 (Fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROGER REEVES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DSI SECURITY SERVICES, )<br>AMERICAN BUILDINGS, INC., and )<br>EEOC, )<br>)<br>Defendants. ) | CIVIL ACTION FILE<br>NO. 1:07-CV-616-MHT-SRW |

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2008, a true and correct copy of the foregoing ANSWER OF AMERICAN BUILDINGS COMPANY TO PLAINTIFF'S COMPLAINT AND AMENDED COMPLAINT was served on the following via U.S. Mail, first class postage attached to ensure delivery, addressed as follows:

David T. Wiley
Jackson Lewis LLP
Park Place Tower, Suite 650
2001 Park Place North
Birmingham, AL 35203
wileyd@jacksonlewis.com

Danielle J. Hayot
Equal Employment Opportunity Commission
1801 L St., NW
Washington, D.C. 20507
danielle.hayot@eeoc.gov

Mr. Roger Reeves
B-12 Chattahoochee Court
Eufala, AL 36027

_____
Daniel M. Shea
Georgia Bar No. 638800

~Doc# 849003.1~