CASE: 1:07-CV-00616-MHT-SRW

RECEIVED
2008 MAR -6  A 10: 08
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Motion To Extend Time To Answer Recommendation of the Magistrat Judge Document (#78-1) From March 12, 2008 To March 26, 2008; Document (#81-1) From March 13, 2008 to March 27, 2008; Document (#83-1) From March 13, 2008 To March 27, 2008.

All Recommendations and motions were received with a two day period and it will take time to answer all motions and recommendations.

*Roger Reeves*    3/5/08

*Roger Reeves*    3/5/08

Case 1:07-cv-00616-MHT-SRW   Document 89   Filed 03/06/2008   Page 2 of 3

## Certificate of Service

I hereby certify that on 3/5/08 the foregoing Plaintiff Roger Reeves sent a copy of this Motion to the Clerk and a copy was sent postage paid to the following individuals:

David T. Wilkey
Jackson Lewis LLP
Park Place Towers Suite 650
2001 Park Place North
Birmingham, AL. 35203

Danielle J. Hayot
Equal Employment Opportunity Commission
1801 L. St. NW
Washington, DC. 20507

Nelson Mullins
Attorney + Counselors At Law
Atlantic Station
201 17th St. NW
Suite 1700
Atlanta, GA. 30363