IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROGER REEVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:07-CV-616-MHT-SRW |
| DSI SECURITY SERVICES, ) | |
| AMERICAN BUILDINGS, INC., and ) | |
| EEOC, ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.1, the undersigned counsel Paul R. Beshears respectfully moves to be admitted *pro hac vice* to this Court, in order to represent Defendant American Buildings Company in this case. Mr. Beshears has attached a certificate of good standing from the United States District Court for the Northern District of Georgia, along with a check for $50 to cover the admission fees.

Respectfully submitted this 5th day of March, 2008.

Nelson Mullins Riley & Scarborough LLP

Paul R. Beshears
Georgia Bar No. 055742
Attorney for Defendant American Buildings, Inc.

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station / 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROGER REEVES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DSI SECURITY SERVICES, )<br>AMERICAN BUILDINGS, INC., and )<br>EEOC, )<br>Defendants. ) | CIVIL ACTION FILE<br>NO. 1:07-CV-616-MHT-SRW |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing **MOTION FOR ADMISSION PRO HAC VICE** by depositing a copy of same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereto to ensure delivery to the following:

David T. Wiley
Jackson Lewis LLP
Park Place Tower, Suite 650
2001 Park Place North
Birmingham, AL 35203
wileyd@jacksonlewis.com

Danielle J. Hayot
Equal Employment Opportunity Commission
1801 L St., NW
Washington, D.C. 20507
danielle.hayot@eeoc.gov

Mr. Roger Reeves
B-12 Chattahoochee Court
Eufala, AL 36027

This 5th day of March, 2008.

_____
Paul R. Beshears



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **Paul R. Beshears, State Bar No. 055742** was duly admitted to practice in said Court on July 18, 1983, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 3rd day of March, 2008.



JAMES N. HATTEN
CLERK OF COURT

By: _____
Cheryl Goins
Deputy Clerk

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004221
Cashier ID: brobinso
Transaction Date: 03/07/2008
Payer Name: NELSON MULLINS RILEY SCARBOROU
--------------------------------------
PRO HAC VICE
 For: PAUL R BESHEARS
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:        $50.00
--------------------------------------
CHECK
 Check/Money Order Num: 571049
 Amt Tendered:  $50.00
--------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

1:07CV616
```