IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROGER REEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07cv616-MHT |
| | ) |
| DSI SECURITY SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of plaintiff's motion to extend (Doc. # 89), filed March 6, 2008, and for good cause, it is

ORDERED that the motion is GRANTED only to the extent that the plaintiff shall file his objections to the recommendations of the Magistrate Judge on or before **March 20, 2008**.

DONE, this 10th day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE