IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

ROGER REEVES, )
)
Plaintiff, )
)
v. ) CIVIL ACTION FILE
) NO. 1:07-CV-616-MHT-SRW
DSI SECURITY SERVICES, )
AMERICAN BUILDINGS, INC., and )
EEOC, )
Defendants. )

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.1, the undersigned counsel Paul R. Beshears respectfully moves to be admitted *pro hac vice* to this Court, in order to represent Defendant American Buildings Company in this case. Mr. Beshears has attached a certificate of good standing from the United States District Court for the Northern District of Georgia, along with a check for $50 to cover the admission fees.

Respectfully submitted this 5th day of March, 2008.

Nelson Mullins Riley & Scarborough LLP

_____
Paul R. Beshears
Georgia Bar No. 055742
Attorney for Defendant American Buildings, Inc.

## MOTION GRANTED

THIS 10th DAY OF March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE