CASE 1:07-CV-00616-MHT-SRW

RECEIVED
MAR 11 2008
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

RECEIVED
2008 MAR 11 A 9:37
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO Correct ERROR IN Document 79-1

IN Plaintiff amended Complaint (Doc #22) Plaintiff only intended to add a demand for Reinstatement and <u>other appropriate relief</u> to the Change. I telephone the Court and the Clerk told me that the last page was the only one or the page with the appropriate relief on it that needed to be change and the other pages would be thrown out. I don't know how a page got ommited but I am requesting that the page with the allegations against ALA WOOD and DSI and comment about Debakeo be

reinstated. It would be best to keep Document as it was and only change relief ask for.

*Roger Reeves*   3/6/08

Certificate of Service

I hereby certify that on this day the foregoing Plaintiff Roger Reeves served on the following the above Documents via U.S. Mail, first class postage attached to ensure delivery:

Danielle J. Hayot
Equal Employment Opportunity Commission
1801 L St. N.W
Washington, D.C. 20507

Nelson Mullins
& Riley Scarborough LLP
Attorneys and Counselors
AT LAW
Atlantic Station
201 17th Street NW
Suite 1700, Atlanta, GA.
30363

David T. Wiley
Jackson Lewis LLP
Park Place Tower, Suite 650
2001 Park Place North
B'Ham, AL. 35203