IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROGER REEVES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| V. | ) CIVIL ACTION NO.: 1:07cv616-MHT |
| | ) |
| DSI SECURITY SERVICES et. al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

This action is presently before the court on plaintiff's motion to correct error in Document 79-1 (the order of the court granting plaintiff's motion to amend). Plaintiff asserts that, in his amended complaint (Doc. # 22), he intended only to add a demand for reinstatement and other appropriate relief. Plaintiff suggests that an employee of the Clerk's office discarded pages of his amended complaint, and requests that the page including allegations against Alan Wood and DSI, and the "comment about Debra Leo" be reinstated.

A comparison of the original complaint with the amended complaint (Doc. # 22) demonstrates that, in the amended complaint, all of the pages except for page 5 include slight differences in the allegations from the original complaint. Thus, it is apparent that the Clerk's office did not, as plaintiff suggests, merely replace page three of the amended complaint and discard the remainder of plaintiff's amendment. However, the court will allow plaintiff to correct his own error in the amended complaint.

Accordingly, it is

ORDERED that plaintiff's motion to correct error in Document 79 – construed as a motion to correct plaintiff's error in his amended complaint – is GRANTED. The court will consider all of the allegations included in both Doc. # 1 (the original complaint) and Doc. # 22 (the amended complaint) in further proceedings.

It is further ORDERED that, unless defendants object on or before **March 19, 2008**, the court will deem the motion to dismiss previously filed by the EEOC (Doc. # 26, as amended by Order, Doc. # 54), the motion for summary judgment previously filed by defendant DSI (Doc. # 15), and the answer previously filed by American Buildings Company (Doc. # 88) as responsive to the amended complaint as corrected by the present order.

DONE, this 13th day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE