IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROGER REEVES,                      )
                                   )
          Plaintiff,               )
                                   )
v.                                 )   CIVIL ACTION NO. 1:07cv616-MHT
                                   )
DSI SECURITY SERVICES, et al.,     )
                                   )
          Defendants.              )

**<u>ORDER</u>**

Upon consideration of plaintiff's motion (Doc. # 93) to reconsider this court's order

(Doc. # 80) on plaintiff's motions to compel, it is

ORDERED that the motion is DENIED.

DONE, this 13th day of March, 2008.


/s/ Susan Russ Walker_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE