IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ROGER REEVES,                  )
                               )
     Plaintiff,                )
                               )        CIVIL ACTION NO.
     v.                        )          1:07cv616-MHT
                               )
DSI SECURITY SERVICES,         )
et al.,                        )
                               )
     Defendants.               )
```

JUDGMENT

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Plaintiff Roger Reeves's objections (Doc. No. 101) are overruled.

(2) The magistrate judge's recommendation (Doc. No. 83) is adopted.

(3) Plaintiff Reeves's motion for summary judgment (Doc. No. 35) is denied.

(4) Defendant DSI Security Services, Inc.'s motion for summary judgment (Doc. No. 15) is granted as

    to plaintiff Reeves's Title VII claims that defendant DSI Security Services, Inc. discriminated against him on the basis of his race and religion by (a) failing to give him a pay increase and (b) lying to the EEOC and leaving the EEOC mediation with the EEOC investigator; and summary judgment is entered in favor of defendant DSI Security Services, Inc. and against plaintiff Reeves as to these claims.

(5) That plaintiff Reeves's remaining claims against defendant DSI Security Services, Inc., are referred back to the magistrate judge for further appropriate proceedings.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 21st day of March, 2008.

                      /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE