IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ROGER REEVES,                    )
                                 )
     Plaintiff,                  )
                                 )      CIVIL ACTION NO.
     v.                          )       1:07cv616-MHT
                                 )
DSI SECURITY SERVICES,           )
et al.,                          )
                                 )
     Defendants.                 )
```

ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Plaintiff Roger Reeves's objections (Doc. No. 99) are overruled.

(2) The magistrate judge's recommendation (Doc. No. 78) is adopted.

(3) Plaintiff Reeves's motion for summary judgment (Doc. No. 37) is denied.

(4) Defendant American Buildings Company's motion for summary judgment (Doc. No. 18) is denied.

(5) This cause is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 21st day of March, 2008.


                     /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE