RECEIVED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_Appellant_ DIVISION

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Roger Reeves

    Plaintiff,

vs.

DSI Security Services, et al.,

    Defendant.

CIVIL ACTION NO. 1:07cv616-MHT

## NOTICE OF APPEAL

Notice is hereby given that ROGER REEVES above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Document 106-1 JUDGEMENT entered in this action on the 21 day of March, 2008.

_Roger Reeves_
Signature

3/26/08
Date of Signature

B-12 Chattahoochee Court
Eufaula, ALA 36027
Address