IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__Appellant__ DIVISION

RECEIVED
2008 MAR 28 A 9:33

DEBRA P. HACKETT, C.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

1:07 CV 616 -MHT

ROGER REEVES )
_____ )
_____ )
_____ )
Plaintiff(s) )
)
v. )
)
DSI SECURITY SERVICES, )
et Al; )
_____ )
_____ )
Defendant(s) )

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) ROGER REEVES moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_Roger Reeves_
Plaintiff(s) signature

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _____

Roger Reeves
            Plaintiff

v.

DSI Security Services, et al.,
            Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 1:07CV616-MHT

I, Roger Reeves, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☐ Yes     ☑ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☑ Yes     ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
      395 BiWeekly
      DSI Security Services
      600 West Adam Street
      Dothan, AL 36303

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. | Disability or workers compensation payments | ☑ Yes | ☐ No |
   | e. | Gifts or inheritances | ☐ Yes | ☑ No |
   | f. | Any other sources | ☐ Yes | ☑ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

§ 240 Reverse (Rev. 10/03)

Recieved 585 Disability Payment

4. Do you have any cash or checking or savings accounts?   ☑ Yes   ☐ No

   If "Yes," state the total amount.  $5,000

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   $100 Month MOTHER
   224 recently acquired Rent payment
   1025 recently acquired Debt (Hospital Debt)
   1200 Debt paying oN
   950 Hospital Debt paying oN

   27,000 STudent Loan Debt to be paid oN

I declare under penalty of perjury that the above information is true and correct.

3/26/08
Date

Roger Reeves
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# Motion for
# Permission to Appeal In Forma Pauperis and Affidavit

United States Court of Appeals for the Eleventh Circuit

v.

2008 MAR 28 A 9:33

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Court of Appeals No. 11
District Court No. ALABAMA MIDDLE DISTRICT

**Instructions**: Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0,", "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

**Affidavit in Support of Motion**
I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Date: 3/26/08     Signed: [signature]

My issues on appeal are:
1. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $1040 | $ | $1040 | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interests and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as Social Security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as Social Security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): _____ | $ | $ | $ | $ |
| **Total monthly income:** | $1040 | $ | $1040 | $ |

*(Rev. 12/98)*

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| DSI | 620 West Adams St. Dothan, AL 36303 | 2/2002 – Pres't | 1040 |
| Werner Ent. | Atlanta, GA | 6/1999 – 8/2000 | 4166 |
| Southern Ductile | B'Ham, AL | 7/1998 – 5/1999 | 3666 |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

4. How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Eufaula Bank + Trust | SAVING | $4,000 | $ |
| Compass Bank | SAVING | $1,000 | $ |
|  |  | $ | $ |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

**Home (Value)**

**Other Real Estate (Value)**

**Motor Vehicle #1 (Value)**
Make & Year: _____
Model: _____
Registration #: _____

**Other Assets (Value)**

**Other Assets (Value)**

**Motor Vehicle #2 (Value)**
Make & Year: _____
Model: _____
Registration #: _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
|  |  |  |

2

7. State the persons who rely on your or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| FANNIE M. REEVES | MOTHER | 79 |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| For home-mortgage payment (include lot rented for mobile home) | $224 | $ |
| Are real-estate taxes included? ☐ Yes ☐ No | $ | $ |
| Is property insurance included? ☐ Yes ☐ No | $ | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $140 | $ |
| Clothing | $60 | $ |
| Laundry and dry-cleaning | $10 | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $60 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $ | $ |
| Homeowner's or renter's | $ | $ |
| Life | $66 | $ |
| Health | $88 | $ |
| Motor Vehicle | $33 | $ |
| Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ |
| Installment payments | $ | $ |
| Motor Vehicle | $ | $ |
| Credit card (name): MASTER CARD | $100 | $ |
| Department store (name): | $ | $ |
| Other: Hospital | $50 | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): MOTHER | $100 | $ |
| **Total monthly expenses** | $931 | $ |

3

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☒ Yes  ☐ No     If yes, describe on an attached sheet.

10. *Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?*

    ☐ Yes  ☐ No     If yes, how much: $ _____

    If yes, state the attorney's name, address, and telephone number:

    _____
    _____

11. *Have you paid – or will you be paying – anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*

    ☒ Yes  ☐ No     If yes, how much? $ ?

    If yes, state the person's name, address, and telephone number:

    _____
    _____

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    NEW DEBT PAYMENT And Newly Acquired Rent Payment

13. *State the address of your legal residence.*
    B-12 Chattahoochee Court
    EUFAULA, ALA. 36027
    Your daytime phone number: (334) 687-7336
    Your age: 56        Your years of schooling: 4
    Your Social Security number: 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

4