# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| ROGER REEVES, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 1:07CV616-MHT |
| | ) | |
| v. | ) | |
| | ) | |
| DSI SECURITY SERVICES *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Pursuant to the Court's Scheduling Order, on April 22, 2008 defendant DSI Security Services and plaintiff Roger Reeves conducted a settlement conference. The parties engaged in good-faith negotiations but were unable to settle the case. The parties do not believe that mediation will be beneficial to resolving this case.

Respectfully submitted,

/s/ *David T. Wiley*
David T. Wiley (ASB-4051-Y54D)
E-mail: WileyD@jacksonlewis.com
**Jackson Lewis LLP**
First Commercial Bank Building
800 Shades Creek Parkway, Ste. 870
Birmingham, Alabama 35209
Ph:   (205) 332-3104
Fax:  (205) 332-3131

Attorney for Defendant DSI Security Services, Inc.

## **CERTIFICATE OF SERVICE**

 I hereby certify that on April 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that a copy will be delivered via the CM/ECF system upon the following counsel of record:

> Daniel M. Shea
> daniel.shea@nelsonmullins.com
> Paul R. Beshears
> paul.beshears@nelsonmullins.com
> **NELSON MULLINS RILEY &**
>  **SCARBOROUGH, LLP**
> 999 Peachtree Street, NE/14th Floor
> Atlanta, Georgia 30309-3964
>
> Danielle J. Hayot
> Equal Employment Opportunity Commission
> 1801 L Street, NW
> Washington, D.C. 20507
> danielle.hayot@eeoc.gov

 I further certify that a copy was served upon the following via First Class U.S. Mail, postage prepaid:

> Roger Reeves
> B-12 Chattahoochee Court
> Eufala, Alabama 36027

      /s/ David T. Wiley
      Counsel of Record