IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROGER REEVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 1:07-CV-616-MHT-SRW |
| DSI SECURITY SERVICES, ) | |
| AMERICAN BUILDINGS ) | |
| COMPANY and EEOC, ) | |
| Defendants. ) | |

## AMERICAN BUILDINGS COMPANY'S NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Pursuant to the Court's Scheduling Order, on April 24, 2008, Defendant American Buildings Company and Plaintiff Roger Reeves conducted a settlement conference. The parties engaged in good-faith negotiations but were unable to settle the case. The parties do not believe that mediation will be beneficial to resolving this case.

Respectfully submitted this 25th day of April, 2008.

Nelson Mullins Riley & Scarborough LLP

/s/ Paul R. Beshears
Daniel M. Shea
Georgia Bar No. 63880
Paul R. Beshears
Georgia Bar No. 055742
Attorney for Defendant American Buildings Company

2

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station / 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 817-6000 Telephone
(404) 817-6050 Facsimile

# CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will provide service upon the following parties of record:

>David T. Wiley
>Jackson Lewis LLP
>First Commercial Bank Building
>800 Shades Creek Parkway, Suite 870
>Birmingham, AL  35209
>wileyd@jacksonlewis.com
>
>Danielle J. Hayot
>Equal Employment Opportunity Commission
>1801 L St., NW
>Washington, D.C.  20507
>danielle.hayot@eeoc.gov

I hereby further certify that a copy was delivered via First Class U.S. Mail, postage prepaid upon the following:

>Mr. Roger Reeves
>B-12 Chattahoochee Court
>Eufaula, AL 36027

>/s/ Paul R. Beshears
> Paul R. Beshears