Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

May 05, 2008

**Appeal Number: 08-11399-D**
Case Style: Roger Reeves v. DSI Security Services
District Court Number:  07-00616 CV-T-S

TO:   Debra P. Hackett

CC:   Roger Reeves

CC:   Daniel M. Shea

CC:   Paul R. Beshears

CC:   Susan L. Starr

CC:   David Turner Wiley

CC:   Christopher S. Enloe

CC:   Danielle Hayot

CC:   Leura Garrett Canary

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

May 05, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 08-11399-D**
Case Style: Roger Reeves v. DSI Security Services
District Court Number:  07-00616 CV-T-S


The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183


Encl.

DIS-4  (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-11399-D

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 5 2008
THOMAS K. KAHN
CLERK

ROGER REEVES,

                  Plaintiff-Appellant,

versus

DSI SECURITY SERVICES,
AMERICA BUILDING, INC.,
EEOC,
AMERICAN BUILDING COMPANY,

                  Defendants-Appellees.

_____

Appeal from the United States District Court for the
Middle District of Alabama

_____

Before MARCUS, WILSON, and PRYOR, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. The district court's March 21, 2008, order dismissing Roger Reeve's claims against the EEOC is not immediately appealable. See 28 U.S.C. § 1291; Haney v. City of Cumming, 69 F.3d 1098, 1101 (11th Cir. 1995).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.