**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Roger Reeves
B-12 Chattahoochee Court
Eufaula, AL 36027

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
                                 5/23/08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

07cv616#63 R&R

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7007 2680 0003 1842 3658

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540