CASE: 1:07-CV-00616-MHT-SRW

United STATES DISTRICT Court

MIDDLE DISTRICT OF ALABAMA

Roger Reeves,
Plaintiff

V.

DSI Security Services, et. al,
Defendants

Motion TO FILE OUT OF TIME

Because of Confusion and mixe up IN Page Numbering I am requesting A Motion to FILE OUT OF TIME

**MOTION GRANTED**

THIS 11th DAY OF June, 2008

UNITED STATES MAGISTRATE JUDGE