IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ROGER REEVES,                  )
                               )
    Plaintiff,                 )
                               )
                               )    CIVIL ACTION NO.
    v.                         )      1:07cv616-MHT
                               )          (WO)
DSI SECURITY SERVICES,         )
INC., and AMERICAN             )
BUILDINGS COMPANY,             )
                               )
    Defendants.                )
```

OPINION

Plaintiff Roger Reeves filed this lawsuit asserting claims of various forms of discrimination against defendants DSI Security Services, Inc., and American Buildings Company. This lawsuit is now before the court on the recommendations of the United States Magistrate Judge that defendants' motions for summary judgment should be granted. Also before the court are Reeves's objections to the recommendations. After an independent and de novo review of the record, the court concludes

that Reeves's objections should be overruled and the magistrate judge's recommendations adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of June, 2008.

                 /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**