RECEIVED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_Appeal_ DIVISION

2008 JUL -1 A 9:57

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Roger Reeves )
)
Plaintiff, )
)
vs. )  CIVIL ACTION NO. 1:07CV616-MHT
)
DSI SECURITY Services, )
et. al., )
Defendant. )

NOTICE OF APPEAL

Notice is hereby given that _Roger Reeves_ above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the _Document 104-1 Judgement_ entered in this action on the _21_ day of _March_, _2008_.

_Roger Reeves_
Signature

_3/26/08_
Date of Signature

_B-12 Chatt. Court_
_Eufaula, ALA. 36027_
Address

From: Roger Reeves
B-12 Chattahoochee Court
Eufaula, ALA. 36027



U.S. POSTAGE
PAID
EUFAULA, AL
36027
JUN 30, '08
AMOUNT
$1.68
0000  36101  00051391-07

FIRST CLASS

To: c/o Appellate Division
Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, ALA 36101-0711

ReadyPost
Photo Document Mailer

