UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_Appellant_ DIVISION

RECEIVED
2008 JUL -7 A 9:55
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Roger Reeves )
      Plaintiff, )
       )
  vs. ) CIVIL ACTION NO. 1:07cv616-MHT
       )
ASI Security Services, )
et al., )
      Defendant. )

NOTICE OF APPEAL (AMENDED)

Notice is hereby given that _Roger Reeves_ above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the _Document 106-1 Judgement_ entered in this action on the _21_ day of _March_, _2008_.

Document 104-1
Document 131-1

_____/s/ Roger Reeves_____
Signature

_3/26/08    7/5/08_  /s/ Roger Reeves
Date of Signature

_B-12 Chattahoochee Court_
_Eufaula, ALA 36027_
Address

From: Roger Reeves
B-12 Chatt. Court
Eufaula, ALA. 36027

  

U.S. POSTAGE PAID
EUFAULA, AL
36027
JUL 05, 08
AMOUNT
$1.34
0000   36101   00069685-04

FIRST CLASS

To: US District Court
MIDDLE DISTRICT
Office of The Clerk
Post Office Box 711
Montgomery, AL 36101-0711
36101



ReadyPost

Photo Document Mailer