Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

_____

July 10, 2008

**Appeal Number: 08-13777-J**
Case Style: Roger Reeves v. DSI Security Services
District Court Number:  07-00616 CV-T- N

TO:   Roger Reeves

CC:   Debra P. Hackett

CC:   David Turner Wiley

CC:   Christopher S. Enloe

CC:   Daniel M. Shea

CC:   Danielle Hayot

CC:   Paul R. Beshears

CC:   Administrative File

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

July 10, 2008

Roger Reeves
B12 CHATTAHOOCHEE CT
EUFAULA  AL  36027-2405

**Appeal Number: 08-13777-J**
Case Style: Roger Reeves v. DSI Security Services
District Court Number:  07-00616 CV-T- N

The referenced case was docketed in this court on <u>July 3, 2008.</u>
Please use the appellate docket number noted above when making inquiries.  Attorneys
who wish to participate in this appeal must be properly admitted either to the bar of this
court or for this particular proceeding pursuant to 11th Cir. R. 46-1, et seq.  An attorney not yet
properly admitted must file an appropriate application for admission within fourteen (14)
days from this date.  In addition, all attorneys (except court appointed-counsel) who wish
to participate in this appeal must complete and return an appearance form within (14) days
from this date.  Application and appearance forms are available on the Internet at
www.ca11.uscourts.gov.  The clerk may not accept motions or other filings from an
attorney until that attorney files an appearance form.  <u>See</u> 11th Cir. R. 46-5.

We have not yet received the Certificate of Interested Persons and Corporate Disclosure Statement
(CIP) required by FRAP 26.1 and the accompanying circuit rules.  The rules provide that the
certificate must be filed by every appellant [and cross-appellant] with this court within 10 days
after the appeal is docketed in this court, or along with the filing in this court by any party of
any motion, petition, or pleading, whichever occurs first.  The rules further provide that on
the same day a paper certificate is served, the party filing it must also complete the court's
web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov,
by electronically providing the information required for that form.  <u>Only</u> the ticker symbols for
publicly traded corporations that are listed on the paper CIP must be entered in the web-based
system.  If your CIP does not include any publicly traded corporations, you are required to go to
the website and simply click the button indicating that you have no publicly traded corporations
to report.  Pro se parties are not required or authorized to complete the web-based certificate.

You are hereby notified that the clerk is not authorized to submit to the court any brief (except
for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that
does not contain the certificate, but may receive and retain the papers pending supplementation of
the papers with the required certificate.  You are also hereby notified that failure to submit the
required certificate will result in your document(s) being returned unfiled which may ultimately
result in dismissal of your appeal.

Pursuant to Eleventh Circuit Rule 42-1(b) appellant is hereby notified that upon expiration
of fourteen (14) days from this date, this appeal will be dismissed without further notice by
the clerk unless the default(s) noted below have been corrected:

Pay to the **DISTRICT COURT** clerk the $450 docket and $5 filing fees (total of $455), with
notice to this office, or request leave to proceed in forma pauperis <u>on appeal</u> in the district
court [<u>See</u> Fed.R. App.P. 24(a)]. If the district court denies such leave, appellant may file in
this court a motion for leave to appeal in forma pauperis and financial affidavit.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Hall (404) 335-6189