Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

August 25, 2008

**Appeal Number: 08-13777-J**
Case Style: Roger Reeves v. DSI Security Services
District Court Number:  07-00616  CV-T- N ()

TO:   Roger Reeves

CC:   Debra P. Hackett

CC:   David Turner Wiley

CC:   Christopher S. Enloe

CC:   Daniel M. Shea

CC:   Danielle Hayot

CC:   Paul R. Beshears

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 25, 2008

Roger Reeves
B12 CHATTAHOOCHEE CT
EUFAULA AL 36027-2405

**Appeal Number: 08-13777-J**
Case Style: Roger Reeves v. DSI Security Services
District Court Number: 07-00616 CV-T- N ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice unless you pay to the **DISTRICT COURT** clerk the $450 docket and $5 filing fees (total of $455), with notice to this office.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Hall (404) 335-6189

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 08-13777-J



ROGER REEVES,

Plaintiff-Appellant,

versus

DSI SECURITY SERVICES,
AMERICAN BUILDINGS COMPANY,

Defendants-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

ORDER:

Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED because the appeal is frivolous. See Pace v. Evans, 709 F.2d 1428 (11th Cir. 1983).

Appellant's motion for appointment of counsel is DENIED.

/s/ Ed Carnes
UNITED STATES CIRCUIT JUDGE