```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006328
Cashier ID: khaynes
Transaction Date: 09/03/2008
Payer Name: ROGER REEVES
-------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: ROGER REEVES
 Case/Party: D-ALM-1-07-CV-000616-001
 Amount:         $455.00
-------------------------------------
CHECK
 Check/Money Order Num: 900075627
 Amt Tendered:  $455.00
-------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

Reeves v. DSI Security Services et
al (MAG+)
```